# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS ALLIED TRADES DISTRICT COUNCIL LOCAL NO. 15, etc., | |
| Plaintiff(s), | 2:06-cv-0358-RLH-PAL |
| vs. | **O R D E R** |
| DIVERSIFIED FLOORING SPECIALIST, INC., | |
| Defendant(s). | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#17, filed January 23, 2007), entered by the Honorable Peggy A. Leen, regarding Petitioner's Motion to Compel Arbitration (#12). No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.   The matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

. . . .

. . . .

1   IT IS THEREFORE ORDERED that Magistrate Judge's Report of Findings and
2   Recommendation (#17) is AFFIRMED and ADOPTED, Petitioner's Motion to Compel Arbitration
3   is GRANTED.
4   IT IS FURTHER ORDERED that this Order grants the prayer of the Petition and that
5   judgment be entered accordingly.
6   Dated:   March 22, 2007.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**